DION BUSH *v.* COMMISSIONER OF CORRECTION

The petitioner Dion Bush's petition for certification for appeal from the Appellate Court, 92 Conn. App. 537 (AC 25377), is denied.

*Mary H. Trainer,* special public defender, in support of the petition.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided January 24, 2006

STATE OF CONNECTICUT *v.* QURAN ALLEN

The defendant's petition for certification for appeal from the Appellate Court, 92 Conn. App. 905 (AC 25763), is denied.

*Michael L. Moscowitz,* special public defender, in support of the petition.

*Julia K. Conlin,* assistant state's attorney, in opposition.

Decided January 24, 2006